IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ISRAEL HUDGINS, | § | |
| TDCJ No. 1649033 | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 6:18CV9 |
| | § | |
| LORIE DAVIS, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL

This notice is filed to inform the Court that the undersigned attorney will be acting as lead counsel in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH*
*Lead Counsel          Assistant Attorney General
State Bar No. 24055632

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936–1400
Facsimile No. (512) 936–1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading was served by placing same in the United States Mail, postage prepaid, on this the 30th day of January, 2018, addressed to:

Israel Hudgins
TDCJ No. 1649033
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

 /s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General